**Daniel P. HAMER, Sr., Respondent,**

v.

**LITTLE BLUE VALLEY SEWER DISTRICT, Appellant.**

**No. WD 46024.**

Missouri Court of Appeals, Western District.

Jan. 26, 1993.

James W. Humphrey, Jr., Jeanne Haas McKenna, Kansas City, for appellant.

James W. Fletcher, Kansas City, for respondent.

Before BERREY, P.J., and ULRICH and SMART, JJ.

### ORDER

PER CURIAM:

Appellant, Little Blue Valley Sewer District, appeals the judgment of $23,713.85 in favor of respondent, Daniel P. Hamer, Sr. The jury awarded Hamer $32,154.40, which the trial court reduced by $8,440.55 for

wages paid to Hamer prior to filing the lawsuit.

Affirmed. Rule 84.16(b).